## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02205-RPM-CBS

CARLA FELDMAN,

        Plaintiff,

v.

LEADING EDGE RECOVERY SOLUTIONS, LLC, a Illinois limited liability company,

        Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, with each party to pay her or its own attorney's fees and costs.

DATED: December 26th, 2006

                                            BY THE COURT:

                                            s/ Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge